# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVANNY THEUS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARREN L. MONTGOMERY,<br><br>Warden,<br><br>　　　　Respondent. | Case No. 2:19-cv-08160-DOC-KES<br><br>ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition (Dkt. 6), the Reports and Recommendations of the United States Magistrate Judge, and the other records on file herein. Further, the Court has engaged in a de novo review of those issues to which objections have been raised. (Dkt. 12, 13.) The Court accepts the final report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Petitioner's request for transcripts is denied, and Judgment shall be entered dismissing this action as untimely.

DATED: January 17, 2020

　　　　　　　　　　　　　　　　/s/ David O. Carter
　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE