JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVANNY THEUS,<br>　　Petitioner,<br>v.<br>WARREN L. MONTGOMERY,<br>Warden,<br>　　Respondent. | Case No. 2:19-cv-08160-DOC-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Final Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed as untimely.

DATED: January 17, 2020

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE